UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINVEL JAMES RISNER, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>Defendant. | Civil Action No.: 2:25-cv-04461-JFM |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of George P. Varghese of Wilmer Cutler Pickering Hale and Dorr LLP on behalf of Defendant Law School Admission Council, Inc., in the above-captioned matter.

Dated: August 20, 2025

Respectfully Submitted,

*/s/ George P. Varghese*
George P. Varghese (PA Bar No. 94329)
George.Varghese@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for Defendant Law School Admission Council, Inc.*

2

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and to be sent electronically to all counsel of record.

                                           */s/ George P. Varghese*
                                           George P. Varghese