UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINVEL JAMES RISNER, *on behalf of himself and those similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>        Defendant. | Civil Action No.: 2:25-cv-04461-JFM |

**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Law School Admission Council, Inc. states that it is a private, non-profit organization incorporated in the state of Delaware. No parent or publicly held corporation owns ten percent or more of its stock.

Dated: August 20, 2025

By: */s/ George P. Varghese*

George P. Varghese (PA Bar No. 94329)
  George.Varghese@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for Defendant Law School Admission Council, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on August 20, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and to be sent electronically to all counsel of record.

                                        /s/ *George P. Varghese*
                                        George P. Varghese