**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINVEL JAMES RISNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-4461** |
| | : | |
| **LAW SCHOOL ADMISSION** | : | |
| **COUNCIL, INC.** | : | |

## ORDER

**AND NOW**, this 28th day of April 2026, upon considering defendant's motion to dismiss (DI 22), plaintiff's opposition (DI 24), defendant's reply (DI 25), following our March 25, 2026 motion hearing, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 22) is **GRANTED**.  We dismiss plaintiff's complaint without prejudice.  We grant plaintiff leave to file an amended complaint no later than **May 12, 2026**.

_____
**MURPHY, J.**