# EXHIBIT A

## LAW SCHOOL SELECTIVITY MARKETS

### Quartile 1

| School | Class Period Acceptance Rate |
|---|---|
| Yale University | 5.08% |
| Stanford University | 7.18% |
| University of Pennsylvania | 9.33% |
| Harvard University | 9.90% |
| Boston College | 11.12% |
| University of Michigan | 11.35% |
| Columbia University | 11.93% |
| Duke University | 11.94% |
| University of Virginia | 12.00% |
| University of Southern California | 12.13% |
| University of Chicago | 12.22% |
| Texas A&M University | 13.98% |
| University of Georgia | 14.03% |
| University of North Carolina | 14.12% |
| Northwestern University | 14.42% |
| University of Texas at Austin | 14.73% |
| University of California - Berkeley | 14.86% |
| University of California - Los Angeles | 14.91% |
| New York University | 15.49% |
| Vanderbilt University | 15.58% |
| George Mason University | 15.94% |
| Boston University | 16.46% |
| University of Florida (Levin) | 16.97% |
| University of California - Irvine | 17.28% |
| Georgetown University | 18.12% |
| Washington University in St. Louis | 18.46% |
| Florida State University | 19.21% |
| Cornell University | 19.29% |
| Fordham University | 19.32% |
| Ohio Northern University | 19.57% |
| Arizona State University | 20.59% |
| Florida International University | 21.54% |
| University of Notre Dame | 21.59% |
| Villanova University | 21.63% |

| School | Class Period Acceptance Rate |
| --- | --- |
| Baylor University | 22.21% |
| University of California - Davis | 25.12% |
| University of Connecticut | 26.06% |
| University of Alabama | 26.12% |
| Chapman University | 26.30% |
| Pepperdine University | 26.80% |
| Brigham Young University | 27.37% |
| University of Utah | 27.55% |
| University of Tennessee | 28.00% |
| University of Arizona | 28.06% |
| University of North Texas at Dallas | 28.15% |
| George Washington University | 28.24% |
| Wake Forest University | 28.41% |

## Quartile 2

| School | Class Period Acceptance Rate |
| --- | --- |
| Wayne State University | 28.73% |
| University of Hawaii | 28.80% |
| University of Houston | 28.80% |
| University of Wisconsin | 28.83% |
| University of Maryland | 29.02% |
| Washington and Lee University | 29.31% |
| Howard University | 29.77% |
| University of Miami | 29.87% |
| Southern Methodist University | 29.92% |
| University of Washington | 30.22% |
| Ohio State University | 30.45% |
| William & Mary Law School | 30.61% |
| Loyola Marymount University - Los Angeles | 30.85% |
| Northeastern University | 31.40% |
| Georgia State University | 31.50% |
| University of San Diego | 31.64% |
| St. John's University | 31.90% |
| Marquette University | 31.96% |
| University of Colorado - Boulder | 32.09% |
| University of Dayton | 32.36% |
| University of South Carolina | 32.51% |

| School | Class Period Acceptance Rate |
|---|---|
| St. Mary's University | 32.55% |
| Drexel University | 32.80% |
| Texas Tech University | 32.86% |
| Temple University | 33.05% |
| Catholic University of America | 33.29% |
| University of Minnesota | 33.64% |
| University of Arkansas, Fayetteville | 34.08% |
| Yeshiva University (Cardozo) | 34.36% |
| University of Nevada - Las Vegas | 34.80% |
| Michigan State University | 35.22% |
| CUNY | 35.33% |
| North Carolina Central University | 35.40% |
| Emory University | 35.41% |
| American University | 35.52% |
| Florida A&M University | 36.27% |
| Texas Southern University | 36.48% |
| Stetson University | 36.68% |
| Cleveland State University | 37.22% |
| Rutgers University | 37.58% |
| Case Western Reserve University | 37.69% |
| Loyola University - Chicago | 38.35% |
| University of Illinois - Urbana Champaign | 38.72% |
| University of Pittsburgh | 38.96% |
| University of Richmond | 39.15% |
| Syracuse University | 39.21% |
| Pennsylvania State - Dickinson Law | 39.33% |
| Belmont University | 39.50% |

## Quartile 3

| School | Class Period Acceptance Rate |
|---|---|
| South Texas College of Law - Houston | 39.66% |
| University of Oklahoma | 39.87% |
| Seton Hall University | 40.20% |
| DePaul University | 40.74% |
| University of Cincinnati | 40.97% |
| Indiana University - Bloomington | 41.00% |
| University of the District of Columbia | 41.46% |

| School | Class Period Acceptance Rate |
|---|---|
| University of San Francisco | 41.59% |
| Atlanta's John Marshall Law School | 42.12% |
| University of Memphis | 42.36% |
| Southwestern Law School | 42.36% |
| West Virginia University | 42.48% |
| Regent University | 42.69% |
| University of Buffalo - SUNY | 42.96% |
| University of Mississippi | 43.11% |
| Mercer University | 43.16% |
| University of Kansas | 43.39% |
| University of Puerto Rico | 44.85% |
| Campbell University | 44.86% |
| Western State College of Law | 45.43% |
| Tulane University | 45.56% |
| Albany Law School Of Union University | 45.64% |
| Hofstra University | 46.37% |
| Illinois Institute of Technology (Kent) | 46.62% |
| Louisiana State University | 46.93% |
| Ave Maria School of Law | 47.31% |
| University of Kentucky | 47.46% |
| University of Iowa | 47.49% |
| University of New Mexico | 47.80% |
| Elon University | 48.00% |
| University of Denver | 48.12% |
| Nova Southeastern University | 48.17% |
| Brooklyn Law School | 48.40% |
| University of Detroit Mercy | 48.50% |
| New York Law School | 48.69% |
| Cooley Law School | 48.79% |
| University of Missouri | 48.79% |
| Seattle University | 48.81% |
| Touro College | 48.83% |
| University of Toledo | 49.69% |
| Northern Illinois University | 49.87% |
| Pace University | 49.95% |
| University of Wyoming | 50.32% |
| Pontifical Catholic University | 50.78% |

| School | Class Period Acceptance Rate |
|---|---|
| California Western School of Law | 51.42% |
| Duquesne University | 51.70% |
| University of Maine | 51.77% |
| Charleston School of Law | 52.18% |

**Quartile 4**

| School | Class Period Acceptance Rate |
|---|---|
| University of Tulsa | 52.20% |
| Appalachian School of Law | 52.35% |
| University of Arkansas, Little Rock | 52.67% |
| University of Baltimore | 53.31% |
| Inter American University School of Law | 53.39% |
| Lincoln Memorial | 53.65% |
| Jones School of Law | 54.12% |
| University of Missouri - Kansas City | 54.18% |
| University of New Hampshire | 55.02% |
| University of Nebraska | 55.42% |
| Santa Clara University | 55.71% |
| Samford University | 55.80% |
| Quinnipiac University | 56.05% |
| St. Thomas University (Florida) | 56.14% |
| Barry University | 56.40% |
| Gonzaga University | 56.73% |
| Washburn University | 57.26% |
| University of the Pacific (McGeorge) | 57.39% |
| Liberty University | 57.43% |
| Southern University | 58.05% |
| Oklahoma City University | 58.30% |
| Western New England University | 58.70% |
| Lewis And Clark College | 58.81% |
| Loyola University - New Orleans | 59.21% |
| University of Massachusetts Dartmouth | 59.26% |
| University of Louisville | 59.73% |
| Mitchell Hamline | 59.76% |
| Southern Illinois University - Carbondale | 60.12% |
| Saint Louis University | 60.20% |
| University of Akron | 60.92% |

| School | Class Period Acceptance Rate |
| --- | --- |
| Indiana University - Indianapolis | 61.32% |
| University of Montana | 61.42% |
| Vermont Law School | 61.80% |
| University of North Dakota | 62.04% |
| University of Illinois - Chicago | 62.20% |
| University of Oregon | 62.21% |
| Drake University | 62.45% |
| Suffolk University | 62.99% |
| Mississippi College | 63.76% |
| Willamette University | 63.95% |
| University of St. Thomas (Minnesota) | 64.04% |
| Northern Kentucky University | 64.21% |
| Roger Williams University | 65.34% |
| University of South Dakota | 67.45% |
| Creighton University | 68.07% |
| University of Idaho | 68.87% |
| New England Law | Boston | 70.16% |
| Capital University | 70.25% |