**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| LINVEL JAMES RISNER, *on behalf of himself and those similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>        Defendant. | Civil Action No.: 2:25-cv-04461-JFM |

**STIPULATION AND ORDER TO**
**EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Civil Local Rule 7.4(b)(2), Section 3 of this Court's Policies and Procedures, and this Court's May 14, 2026, Order (DI 41), Plaintiff Linvel James Risner and Defendant Law School Admission Council, Inc. ("LSAC"), by and through their undersigned counsel, hereby stipulate and agree to the following deadlines for LSAC's response to Plaintiff's Amended Complaint:

Should LSAC move to dismiss the Amended Complaint, the parties agree to the following briefing schedule:

| | |
|---|---|
| Defendant's Motion to Dismiss | Friday, May 29, 2026 |
| Plaintiff's Opposition to Motion to Dismiss | Tuesday, June 16, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | Wednesday, June 24, 2026 |

The parties further agree that, should any party elect to file any of these submissions before the relevant deadline, that early filing will not affect any subsequent deadlines set forth above.

Should LSAC file an Answer to the Amended Complaint instead of a motion to dismiss, the parties agree that LSAC's Answer shall be due Friday, June 12, 2026.

The parties respectfully submit that good cause exists for the requested extension, and state as follows:

1.      The Court granted LSAC's motion to dismiss Plaintiff's original Complaint with leave to amend on April 28, 2026. DI 35; DI 36. Plaintiff filed his Amended Complaint on May 12, 2026. DI 37. LSAC's current deadline to respond to the Amended Complaint is May 26, 2026. Fed. R. Civ. P. 15(a)(3).

2.      The Court entered an order dated May 14, 2026 setting an initial pretrial videoconference for June 26, 2026 and associated deadlines in advance of the conference. DI 40. The Court also declined to approve the parties' stipulated schedule for LSAC's response to the Amended Complaint and briefing on a potential motion to dismiss the Amended Complaint, and noted that "[a] stipulated schedule for a prospective motion to dismiss will be accepted provided that briefing is complete no later than June 24, 2026, so that oral argument may be heard at the Rule 16 conference." DI 41 at 1 n.1. The briefing schedule on a potential motion to dismiss proposed above conforms to the Court's instructions, and the parties respectfully submit that the proposed scheduled is appropriate for the reasons set forth in the parties' prior stipulation. *See* DI 39.

3.      Should LSAC choose to Answer the Amended Complaint rather than file a motion to dismiss, the parties respectfully submit that the requested extension of the deadline to do so is also reasonable and warranted. Plaintiff's Amended Complaint is more the twice the length of Plaintiff's original Complaint, and counsel for LSAC require additional time to evaluate the 290 paragraphs of allegations, including 138 paragraphs of new allegations, contained in the Amended Complaint to determine the appropriate response to them in an Answer. The requested extension for the Answer deadline will not impede the efficient progress of this case, as the proposed deadline

matches the date on which the discovery period commences and falls before the deadline to submit a Rule 26(f) conference report. *See* DI 40. It also accommodates the pre-existing scheduling conflicts of counsel listed in the parties' prior stipulation. *See* DI 39.

WHEREFORE, the parties request that this Court enter an Order adopting the proposed briefing schedule on any motion to dismiss and deadline for LSAC to file an Answer to the Amended Complaint should it not file a motion to dismiss set forth above.

DATED:  May 15, 2026

Respectfully submitted,

By:  */s/ William Burgess*

By: */s/ Alan E. Schoenfeld*

Peter McCall (PA Bar No. 315917)
HILGERS PLLC
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Telephone: (314) 464-9964
Email: pmcall@hilgerslaw.com

William Burgess (*pro hac vice*)
3100 Interstate N. Circle SE
Suite 200, No. 1047
Atlanta, GA 30339
Telephone: (404) 595-7747
Email: wburgess@hilgerslaw.com

Bennett Rawicki (*pro hac vice*)
9750 N. Central Expy, Suite 750
Dallas, TX 75231
Telephone: (469) 640-6842
Email: brawicki@hilgerslaw.com

*Counsel for Plaintiff and the Proposed Class*

Alan E. Schoenfeld (*pro hac vice*)
David Z. Gringer (*pro hac vice*)
Paul Vanderslice (*pro hac vice*)
Kimberly Chen (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com
David.Gringer@wilmerhale.com
Paul.Vanderslice@wilmerhale.com
Kimberly.Chen@wilmerhale.com

Medha Gargeya (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Medha.Gargeya@wilmerhale.com

George P. Varghese (PA Bar No. 94329)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com

*Counsel for Defendant Law School Admission Council, Inc.*

**SO ORDERED this** __18th__ **day of** _____May_____, **2026.**

_____
U.S. District Court Judge John F. Murphy