**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| LINVEL JAMES RISNER, *on behalf of himself and those similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>    Defendant. | Civil Action No.: 2:25-cv-04461-JFM |

**[PROPOSED] ORDER GRANTING LAW SCHOOL ADMISSION COUNCIL, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT WITH PREJUDICE**

Upon consideration of Law School Admission Council, Inc.'s motion to dismiss this action (the "Motion"); and the Court having reviewed the Motion, the accompanying Memorandum of Law, and the Declaration and Exhibits thereto; and the responses and replies, if any; and the Court having considered the arguments made by counsel for the parties,

It is hereby **ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED** with prejudice.


Dated: _____, _____        _____
                                                The Honorable John F. Murphy
                                                United States District Judge