### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINVEL JAMES RISNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-4461** |
| | : | |
| **LAW SCHOOL ADMISSION** | : | |
| **COUNCIL, INC.** | : | |

## ORDER

**AND NOW**, this 29th day of May 2026, upon considering the need to reschedule the time of June 26, 2026 initial pretrial videoconference, it is **ORDERED** we **reschedule** the initial pretrial videoconference to **June 26, 2026** at **2:30P.M.**  We will send an updated videoconference link by e-mail to all counsel of record.

_____
MURPHY, J.