**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LINVEL JAMES RISNER** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO.  25-4461** |
| | : |
| **LAW SCHOOL ADMISSION** | : |
| **COUNCIL, INC.** | : |

## ORDER

**AND NOW**, this 26ᵗʰ day of June 2026, upon considering the motion to dismiss (DI 44), response (DI 47), reply (DI 49), and following our May 29, 2026 Order (DI 46) and today's Initial Pretrial Videoconference, it is **ORDERED**:

1.      The motion to dismiss (DI 44) is **DENIED** for the reasons explained on the record.

2.      The parties dispute the appropriate number of fact depositions, whether that be 30(b)(1), 30(b)(6), or by third-party subpoena.  The parties are free to agree to whatever accommodation they would prefer, but absent party agreement, rather than limited the number of depositions, each party shall be limited to 100 total hours of fact deposition time.

3.      All fact discovery shall be completed no later than **March 9, 2027**.

4.      Affirmative expert reports shall be served no later than **April 14, 2027**. Responsive expert reports, if any, shall be served no later than **June 10, 2027**.  Expert depositions, if any, shall be concluded no later than **July 16, 2027**.

5.      Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or

documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

6.      Motions for summary judgment and *Daubert* motions shall be filed no later than **September 22, 2027**. Responses shall be filed no later than **November 3, 2027**. Replies shall be filed no later than **December 15, 2027**.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.[1]  If no summary judgment motion is filed by the deadline, then within 2 days of the deadline, plaintiff shall file a notice that the case is ready for trial.

7.      Further dates will be scheduled as needed, at a later time.

8.      Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

**MURPHY, J.**

---

[1] Counsel shall review Judge Murphy's summary judgment procedures in section 9 of his Policies and Procedures.

2